United States Courts<br>
Southern District of Texas<br>
**FILED**<br>
JUN 10 2019<br>
David J. Bradley, Clerk of Court

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA § § | |
| v. § | CRIMINAL NO. 4:19CR424 |
| § § | |
| BRADLEY FINK § | |

## INFORMATION

THE UNITED STATES CHARGES THAT:

### COUNT ONE

From on or about January 1, 2004, to on or about March 8, 2019 in a continuing course of conduct in the Houston Division of the Southern District of Texas,

BRADLY FINK,

Defendant herein, while a contractor at the Johnson Space Center in Houston, Texas did intentionally and knowingly embezzle, steal and convert to his own use flight jackets, which were property belonging to the National Aeronautics and Space Administration (NASA), a department of the United States government and such property had a value of approximately $15,000.

In violation of Title 18, United States Code, Section 641.

Ryan Patrick
United States Attorney

*/s/ Jim McAlister*
Jim McAlister
Assistant U.S. Attorney