USA-74-24B
(Rev. 05/01)

# CRIMINAL DOCKET

HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

No. 4:19CR424

USAO Number: 2019R16494

JUN 10 2019

Magistrate Number:

CRIMINAL INFORMATION         Filed   David J. Bradley, Clerk of Court   Judge: Gilmore

UNITED STATES of AMERICA

VS.

ATTORNEYS:

RYAN K. PATRICK, USA         (713) 567-9000

JAMES MCALISTER, AUSA        (713) 567-9378

| | | Appt'd | Private |
|---|---|---|---|
| BRADLEY FINK | Dennis Hester | ☐ | ☑ |

CHARGE:
(TOTAL)
(COUNTS:)
( 1 )

COUNT 1: Theft [18 U.S.C. § 641]

PENALTY: Ct. 1: Up to 10 years imprisonment, $250,000 fine, 3 years supervised release, and $100 s/a

☐ In Jail
☐ On Bond
☐ No Arrest

NAME & ADDRESS
of Surety:

PROCEEDINGS: